**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Jayson Hamilton,<br><br>PLAINTIFF(S)<br>v.<br>Santander Consumer USA, Inc., et al.,<br><br>DEFENDANT(S). | CASE NUMBER<br><br>ED CV19-1618 CAS (KKx)<br><br>**ORDER RETURNING CASE<br>FOR REASSIGNMENT** |

IT IS ORDERED that the above-entitled case is hereby returned to the Clerk for random reassignment pursuant to the provisions of General Order 19-03 .

August 30, 2019                                              Christina A. Snyder
Date                                                              United States District Judge

**NOTICE TO COUNSEL FROM CLERK**

This case has been reassigned to Judge ___Percy Anderson___ for all further proceedings. On all documents subsequently filed in this case, please substitute the initials ___PA___ after the case number in place of the initials of the prior judge so that the case number will read ___ED CV19-1618 PA(KKx)___ . This is very important because documents are routed to the assigned judge by means of the initials.

cc:  ☐ Previous Judge    ☐ Statistics Clerk

CV-89 (03/19)                            ORDER RETURNING CASE FOR REASSIGNMENT